UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

ISAAC BRONAUGH,     PLAINTIFF

v.     CIVIL ACTION NO. 5:23-cv-00119-CRS-LLK (e-filed)

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,     DEFENDANT

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

April 24, 2024

Charles R. Simpson III, Senior Judge
United States District Court

cc:     Counsel of Record

TENDERED BY:

***/s/ Troy J. Pratten*** 
Troy J. Pratten 
Special Assistant United States Attorney 
Office of Program Litigation, Office 4 
Office of the General Counsel 
Social Security Administration 
6401 Security Boulevard 
Baltimore, MD 21235 
(816) 936-5796 
troy.pratten@ssa.gov